UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON L. EDMONSON,

    Plaintiff,

v.                                                    Case No. 12-C-0889

SGT. DESMOND and OFFICER OLSON,

    Defendants.

**ORDER**

Defendants have filed a motion for summary judgment in the above matter. It appears, however, that Defendants have failed to fully comply with Civil Local Rule 56(a) which governs summary judgment motions in pro se litigation. Because the plaintiff in this case is pro se, compliance with Rule 56(a) is mandatory. Local Rule 56(a) requires that motions for summary judgment filed in litigation in which one of the parties is pro se must include, among other things, the text to Fed. R. Civ. P. 56(c), (d), and (e), and Civil L.R. 56(a), Civil L.R. 56(b), and Civil L.R. 7. In addition, the scheduling order in this case reiterates that "[t]he defendants must provide a full copy of Civil Local Rule 56(b) to a pro se plaintiff with any motion for summary judgment they file." (Scheduling Order ¶ 2, ECF No. 18.)

Based upon the foregoing, defendants are directed to comply with Civil L.R. 56(a) forthwith. Plaintiff will have thirty days from the date he receives defendants' amended motion in which to respond to the defendants' motion for summary judgment.

**SO ORDERED** this   9th   day of April, 2013.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court